# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST SPECTACOR, LLC | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. _____ |
| FACTORY MUTUAL INSURANCE COMPANY, | : |
| Defendant. | : |

## NOTICE OF REMOVAL

Pursuant to Sections 1332, 1441, and 1446 of Title 28 of the United States Code, Defendant Factory Mutual Insurance Company ("FM"), by and through its attorneys, Butler Weihmuller Katz Craig LLP, hereby gives notice of the removal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania, and as grounds for removal states as follows:

1. On or about June 29, 2022, Plaintiff, Comcast Spectacor, LLC ("Plaintiff") instituted suit by filing a Writ of Summons against FM in the Pennsylvania Court of Common Pleas, Philadelphia County, Case No. 220602694. A copy of the Writ of Summons is attached hereto as Ex. A, as required by 28 U.S.C. § 1446(a).

2. On August 24, 2022, counsel for FM accepted service of Plaintiff's Writ of Summons. *See* Ex. B.

3. On June 8, 2023, Plaintiff filed a Complaint against FM, which initial pleading set forth the claim for relief upon which the action was based. A copy of the Complaint is attached hereto as Ex. C.

4. The basis for federal court jurisdiction in this case is 28 U.S.C. § 1332, diversity of citizenship, which provides, in relevant part, that federal district courts have original jurisdiction of civil actions between citizens of different states where the amount in controversy exceeds $75,000, exclusive of interests and costs. This action satisfies both conditions.

5. "[A]ny civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). The Eastern District of Pennsylvania is the district that embraces Philadelphia County.

6. Section 1446(b) provides as follows:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

7. This Notice of Removal is timely because it was filed within thirty days from the date on which FM had notice that the action was removable, and because it was filed less than one year after the commencement of the state court action. 28 U.S.C. §§ 1446(b) and (c).

8. Upon information and belief, Plaintiff Comcast Spectacor, LLC is a Pennsylvania limited liability company with its principal place of business located at 3601 South Broad Street, Philadelphia, PA 19148.  Ex. C, Compl.

9. After conducting a reasonable, good faith investigation based on publicly available information, FM asserts, upon information and belief, that no member of Plaintiff is domiciled in or a citizen of Rhode Island.  Therefore, upon information and belief, Plaintiff is not a citizen of Rhode Island for diversity jurisdiction purposes.  *See, e.g.*, *Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105, 108-110 (3d Cir. 2015) (explaining that the citizenship of a limited liability company is determined by the citizenship of its members, and a party asserting diversity jurisdiction need not affirmatively plead the citizenship of each member; it need only perform a reasonable investigation and allege in good faith that the members are not citizens of its state of citizenship).

10. FM is a Rhode Island corporation with its principal place of business located in Johnston, Rhode Island. Therefore, FM is a citizen of the state of Rhode Island.

11. Accordingly, there is complete diversity of citizenship between the parties.

12. Plaintiff seeks damages in excess of the jurisdictional minimum set forth in 28 U.S.C. § 1332 as Plaintiff seeks damages in excess of $75,000.  *See* Ex. C.

13. A copy of this Notice of Removal is being filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, and is being served on counsel of record, in compliance with 28 U.S.C. §§ 1446(a) and (d).  *See* Ex. D.

14. Pursuant to 28 U.S.C. § 1446(a), copies "of all process, pleadings, and orders" received by FM are attached to this filing. FM has not answered or otherwise responded to the Complaint.

15. Removal of Plaintiff's case to the United States District Court for the Eastern District of Pennsylvania is required under the circumstances of this case because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

WHEREFORE, Defendant, Factory Mutual Insurance Company, respectfully removes this action to the United States District Court for the Eastern District of Pennsylvania for further proceedings pursuant to this Notice.

Respectfully submitted,

BUTLER WEIHMULLER KATZ CRAIG LLP

s/Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
PA Attorney ID No. 65842
ADAM B. MASEF, ESQ.
PA Attorney ID No. 313468
1818 Market Street, Suite 2470
Philadelphia, PA 19103
rgable@butler.legal
amasef@butler.legal
*Attorneys for Defendant, Factory Mutual Insurance Company*

Dated: June 28, 2023

## **CERTIFICATE OF SERVICE**

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Notice of Removal, electronically filed this 28th day of June, 2023, will be served on the following counsel of record via the Court's Electronic Filing System:

Charles A. Fitzpatrick IV, Esq.
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA  19103
*Attorney for Plaintiff*

/s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
*Attorney for Defendant, Factory Mutual Insurance Company*