# Exhibit 18

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHILADELPHIA EAGLES LIMITED PARTNERSHIP**<br><br>v.<br><br>**FACTORY MUTUAL INSURANCE COMPANY** | **CIVIL ACTION NO. 21-1776** |
| **SPF OWNER, LLC & PHILADELPHIA 76ERS, L.P.**<br><br>v.<br><br>**HARTFORD FIRE INSURANCE COMPANY** | **CIVIL ACTION NO. 22-1333** |

## AMENDED NOTICE (SLIGHT TIME CHANGE)

Please be advised that the **ORAL ARGUMENT** on the pending Motions to Dismiss

(Doc. No. 48 in 21-cv-1776 & Doc. No. 6 in 22-cv-1333) will be **RESCHEDULED** for

**WEDNESDAY, DECEMBER 7, 2022 AT 2:30 P.M.**, before the Honorable Michael M.

Baylson in Courtroom 3A, U.S. Courthouse, 601 Market Street, Philadelphia.


Date: 11/18/2022                                    /s/ Amanda Frazier

                                                    _____
                                                    Amanda Frazier
                                                    Deputy Clerk to Judge Baylson
                                                    267-299-7520