IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMCAST SPECTACOR, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FACTORY MUTUAL INSURANCE COMPANY | : | NO. 23-2476 |

ORDER

AND NOW, this 10th day of August 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiff Comcast Spectacor, LLC for reassignment of case pursuant to Local Rule 40.1 (Doc. # 5) is DENIED; and

(2) a phone status conference with counsel is scheduled for Wednesday, August 30, 2023 at 2:30 p.m. to discuss the next steps in this action.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.