### IN THE UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMCAST SPECTACOR, LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FACTORY MUTUAL INSURANCE : <br> COMPANY, : <br> : <br> Defendant. : | CIVIL ACTION NO. 2:23-cv-02476-HB |

**DEFENDANT FACTORY MUTUAL INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Factory Mutual Insurance Company ("Factory Mutual") respectfully submits this Notice of Supplemental Authority in Support of Its Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure (ECF No. 20).

- *Ungarean v. CNA*, No. 11 WAP 2023 (Pa.) (attached hereto as Ex. A); and

- *MacMiles, LLC v. Erie Insurance Exchange*, No. 10 WAP 2023 (Pa.) (attached hereto as Ex. B)

    Respectfully submitted,

    BUTLER WEIHMULLER KATZ CRAIG LLP

    s/Richard D. Gable, Jr.
    Richard D. Gable, Jr., Esq.
    PA Attorney ID No. 65842
    Adam B. Masef, Esq.
    PA Attorney ID No. 313468
    1818 Market Street, Suite 2470
    Philadelphia, PA 19103
    rgable@butler.legal
    amasef@butler.legal
    *Attorneys for Defendant, Factory Mutual Insurance Company*

Dated: October 2, 2024

## **CERTIFICATE OF SERVICE**

I, Richard D. Gable, Jr., hereby certify that a true and correct copy of the foregoing Notice of Supplemental Authority, electronically filed this 2nd day of October, 2024, will be served on the following counsel of record via the Court's Electronic Filing System:

Charles A. Fitzpatrick IV, Esq.
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
Charles.fitzpatrick@blankrome.com

Linda Kornfeld, Esq.
Blank Rome LLP
2029 Century Park East, 6th Floor
Los Angeles,CA 90067
Linda.kornfled@blankrome.com

*Attorneys for Plaintiff*

/s/ Richard D. Gable, Jr.
RICHARD D. GABLE, JR., ESQ.
*Attorney for Defendant, Factory Mutual Insurance Company*