```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALL COUNSEL AND NON-REPRESENTED INDIVIDUAL PARTIES:

   RE:  COMCAST SPECTACOR, LLC v. FACTORY MUTUAL INSURANCE CO.
        <u>CIVIL ACTION NO.: 23-cv-2476</u>

                     <u>IMPORTANT NOTICE – TIME CHANGE</u>

        Please be advised that the telephone conference originally scheduled for October 3, 2024, at 10:00 a.m. (ET) before The Honorable Harvey Bartle III has been **RESCHEDULED** to **October 9, 2024 at 2:00 p.m. (ET).**

   The telephone conference call-in information is as follows:

              Call-in Number:      888-808-6929
              Access Code:         3900998


                              <u>/s/ Margaret J. Hart          </u>
                              Margaret J. Hart
                              Law Clerk to
                              The Honorable Harvey Bartle III
                              215-597-2693



DATED: <u>October 2, 2024</u>